**Order entered July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00752-CR
No. 05-13-00753-CR

**GEORGE CONTRERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-31118-S; F12-31119-S**

## ORDER

Appellant's July 11, 2014 motion for extension of the time to file appellant's reply brief

is **GRANTED**. The time to file appellant's reply brief is **EXTENDED** to **August 13, 2014**.

/s/     LANA MYERS
         JUSTICE